UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| THERESA M. GRAY ) | |
| Plaintiff, ) | |
| v. ) | **JUDGMENT** |
| ) | No. 2:20-CV-54-FL |
| ANDREW SAUL, *Commissioner of Social Security* ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge on the court's order to show cause.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered May 10, 2021, and for the reasons set forth more specifically therein, this case is dismissed for plaintiff's failure to respond to text order entered May 10, 2021.

**This Judgment Filed and Entered on June 1, 2021, and Copies To:**
Joseph Russell Fentress, IV  (via CM/ECF Notice of Electronic Notification)
Lisa M. Rayo (via CM/ECF Notice of Electronic Notification)

| | |
|---|---|
| June 1, 2021 | PETER A. MOORE, JR. CLERK |
| | /s/ Sandra K. Collins |
| | (By) Sandra K. Collins, Deputy Clerk |